

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-17-00397-CR

Sherman **ROBINSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0702
The Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The Pro se Appellant's Motion to withdraw counsel is hereby DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court